In the Matter of the Proceeding of Scripps-Howard Supply Co., Inc., Petitioner, against Joseph D. McGoldrick, as Comptroller of the City of New York, Respondent, to Review a Determination of Joseph D. McGoldrick, as Comptroller of the City of New York.— Determination unanimously confirmed, with fifty dollars costs and disbursements to the respondent. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

Lenore E. Morrison, Individually and as Executrix under the Last Will and Testament of Ann Eliza Morrison, Deceased, Appellant, v. The City of New York and M. D. G. Realty Corporation, Respondents, Impleaded with Another, Defendant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

Benjamin Lustfogel, Appellant, v. Harry Bodek and Philip Bodek, Doing Business as H. Bodek & Bro., Respondents, Impleaded with Others, Defendants. — Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

In the Matter (1) of the Final Voluntary Judicial Accounting of Central Hanover Bank and Trust Company, the Petitioner, as Temporary Administrator of the Estate of; and (2) of the Intermediate Voluntary Judicial Accounting of Said Petitioner, as Executor of the Will of Edward Bayard Halsted, Deceased; and (3) of Application for Construction and Instructions; and (4) of Application for Fixing of Compensation of Attorney under Section 231-a of the Surrogate's Court Act. Central Hanover Bank and Trust Company, as Temporary Administrator of the Estate, and as Executor, etc., of Edward Bayard Halsted, Deceased, Petitioner-Respondent; Osborne Halsted, Jr., and Others, Appellants; Osborne Halsted, Jr., and Others, Respondents.— Decree, so far as appealed from, unanimously affirmed, with costs to the petitioner-respondent and to the respondent The Attorney-General of the State of New York, payable out of the estate. No opinion. Present — Martin, P. J., O'Malley, Townley and Glennon, JJ. [174 Misc. 292.]

Manhattan Square Beresford, Inc., Appellant, v. Penn Mutual Life Insurance Company, Defendant, Impleaded with Jacob Perlman and Others, Respondents.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

The People of the State of New York, Respondent, v. Joseph Grad, Appellant.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

Jacob Taras and Another, Appellants, v. Chase National Bank, Individually, and as Trustee, under the Will of William Kramer, Deceased, and Others, Respondents.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

John J. Canevari, Appellant, v. The New York Edison Company, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon and Cohn, JJ.